UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VIRGINIA BROOKS,

      Plaintiff,

v.                                            Case No.: 2:17-cv-00418-JLB-MRM

FLORIDA CANCER SPECIALIST, P.L.,

      Defendant.
_____/

## ORDER

      The parties have reached a settlement. (Doc. 46.) Pursuant to Local Rule 3.08(b), this action is **DISMISSED**, subject to the right of any party within sixty days to: (1) submit a stipulated form of final order or judgment; or (2) move to reopen the case for good cause. The Clerk is **DIRECTED** to terminate all pending motions, (Doc. 35), and close the case.

      **ORDERED** in Fort Myers, Florida, on September 15, 2020.

*/s/ John L. Badalamenti*

JOHN L. BADALAMENTI
UNITED STATES DISTRICT JUDGE